JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **RHONDA MAYE WISTO,** | No. LA CV 17-03216-VBF-AFM |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| DERRAL ADAMS<br>(Warden - Central California Women's Facility), | |
| Respondent. | |

 Final judgment is hereby entered in favor of respondent and against petitioner **Rhonda Maye Wisto.** IT IS SO ADJUDGED.

Dated: May 22, 2018

_Valerie Baker Fairbank_

Honorable Valerie Baker Fairbank
Senior United States District Judge